WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Ojeda Chang, | No. CV-25-02884-PHX-JAT (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Pam Bondi, et al., | |
| Respondents. | |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.)   Respondents filed their response to the Petition indicating Petitioner was removed on September 8, 2025.  (Doc. 8, Ex. 1.)

Respondents are correct this action is moot.  A habeas corpus "who "challenge[s] only the length of his detention, as distinguished from the lawfulness of the [removal] order, . . . . [is] rendered moot by his removal." *Abdala v. INS*, 488 F.3d 1061, 1062 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** the reference to the Magistrate Judge as to this matter is withdrawn.

**IT IS FURTHER ORDERED** Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

/ / /

/ / /

/ / /

1    **IT IS FURTHER ORDERED** any pending motions are denied and the Clerk of

2  Court must enter judgment accordingly and close this case.

3    Dated this 14th day of November, 2025.

James A. Teilborg
Senior United States District Judge